E-filing

1  ROBERT J. FINAN (SBN 49419)
   LAW OFFICE OF ROBERT J. FINAN
2  2913 Farragut Road
   San Diego, California 92106-6058
3  Telephone: (619) 223-5700
   Fax: (619) 223-4700
4
   Attorneys for Defendant,
5  MATSON NAVIGATION COMPANY, INC.

6  LYLE C. CAVIN, JR. (SBN 44958)
   ALFRED G. JOHNSON (SBN 38790)
7  LAW OFFICES OF LYLE C. CAVIN, JR.
   201 Fourth Street, Suite 102
8  Oakland, California 94607
   Telephone: 510-444-2501
9  Facsimile: 510-444-4209

10 Attorneys for Plaintiff
   LEIGHTON GANDY

**FILED**

JUL 2 5 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHTON GANDY,<br><br>Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, and DOES ONE through TEN Inclusive,<br><br>Defendants. | Case No. C 04-05229 MJJ<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER FOR EXTENSION OF DEADLINE TO COMPLETE MEDIATION**<br><br>Trial Date: January 23, 2006 |

The parties to the above-entitled action, by and through their respective attorneys herein, hereby stipulate and respectfully request the Court to order an extension of the deadline for mediation for a period of sixty (60) days, from August 18, 2005 until October 17, 2005. The reason for this request is that plaintiff is scheduled to have surgery upon his left shoulder on or about July 27, 2005, involving the injuries which are the subject of this litigation, and he will require time thereafter to stabilize. Until that occurs, mediation cannot be meaningful.

There has been one prior, ninety (90) day extension of this deadline.

---

STIPULATION AND PROPOSED ORDER FOR EXTENSION OF DEADLINE TO COMPLETE MEDIATION
(Case No. C 04-05229 MJJ)

1  Dated: July 21, 2005            /s/
                                   Alfred G. Johnson
2                                  Attorney for Plaintiff Leighton Gandy

3

4  Dated: July 21, 2005            /s/
                                   Robert J. Finan
5                                  Attorney for Defendant Matson
                                   Navigation Company, Inc.
6

7  IT IS SO ORDERED.

8

9  Dated: 7/25/2005                _____
                                   UNITED STATES DISTRICT JUDGE
10

11

12

...

28