ROBERT J. FINAN (SBN 49419)
LAW OFFICE OF ROBERT J. FINAN
2913 Farragut Road
San Diego, California 92106-6058
Telephone: (619) 223-5700
Fax: (619) 223-4700

Attorneys for Defendant,
MATSON NAVIGATION COMPANY, INC.

LYLE C. CAVIN, JR. (SBN 44958)
ALFRED G. JOHNSON (SBN 38790)
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff
LEIGHTON GANDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHTON GANDY, | Case No. C 04-05229 MJJ |
| Plaintiff, | |
| vs. | **STIPULATION AND (PROPOSED) ORDER TO CONTINUE TRIAL AND ASSOCIATED DATES** |
| MATSON NAVIGATION COMPANY, and DOES ONE through TEN Inclusive, | |
| Defendants. | |

The parties to the above-entitled action, by and through their respective attorneys herein, hereby stipulate and respectfully request the Court to order a continuance of the trial of this action, and all associated dates, for a period of about four (04) months, for the reasons set forth below.

1. RELIEF REQUESTED

The parties request that the trial date and all other associated dates, as more fully set forth hereinafter, be continued for about four (04) months. Although the deadline to complete mediation has been continued in the past, there has been no continuation of the trial and associated dates.

## 2. REASON FOR REQUEST

As explained in the attached Declaration of Robert J. Finan, in which plaintiff's attorney, Alfred G. Johnson concurs, plaintiff has recently undergone shoulder surgery to attempt to correct the injuries which are the subject of this litigation. His doctors have ordered him to begin a regimen of physical therapy, which will not begin until the end of September 2005. The degree of his recovery will not be known until the therapy has been completed and his shoulder has healed. Until that occurs, it will not be known whether he will be able to return to his former employment as a merchant seaman.

The parties believe that this requested four-month extension of trial and other deadlines will enable them to obtain a more accurate determination of plaintiff's condition and, if necessary, vocational rehabilitation potential, and to pursue a more meaningful mediation.

## 3. DATES TO BE CONTINUED

In its Pretrial Order, dated March 15, 2005, the Court set the following dates:

| | |
|---|---|
| a. Trial: | January 23, 2006 |
| b. Pretrial Conference: | January 10, 2006 |
| c. Non-Expert Discovery Cutoff: | October 28, 2005 |
| d. Designation of Experts: | October 28, 2005 |
| e. Expert Reports: | November 11, 2005 |
| f. Supplemental Experts and Reports: | November 25, 2005 |
| g. Expert Discovery Cutoff | December 16, 2005 |

In addition, s Settlement Conference was scheduled before U.S. Magistrate Judge Elizabeth LaPorte for <u>December 8, 2005</u> and the Court has ordered that this case be mediated by <u>October 17, 2005</u>, dates which the parties also request be continued for about four months.

## 4. DISCOVERY TO DATE

Plaintiff has been deposed and the captain of the vessel on which the subject incident occurred has also been deposed. All pertinent medical records have been subpoened, including those pertaining to the recent surgery and expected physical therapy, although the latter documents

1  have not yet been received.  Defendant will arrange to have plaintiff examined by a physician who

2  specializes in shoulders after plaintiff has become stabilized, and other experts will be retained

3  depending upon plaintiff's degree of recovery.

4       Under all of these circumstances, and for the foregoing reasons and those stated in the

5  attached declaration, the parties respectfully request that the Court order a continuance of all of the

6  foregoing dates for a period of about four (04) months.

8    Dated: September 16, 2005      _____/s/_____
Alfred G. Johnson
9    Attorney for Plaintiff Leighton Gandy

11    Dated: September 16, 2005      _____/s/_____
Robert J. Finan
12    Attorney for Defendant Matson
13    Navigation Company, Inc.

14    IT IS SO ORDERED.

16  Dated: 9/20/2005      _____
17    UNITED STATES DISTRICT JUDGE

---
3
STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE TRIAL AND ASSOCIATED DATES
(Case No. C 04-05229 MJJ)