UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEIGHTON GANDY

    Plaintiff(s),　　　　　　　　　　　No. C-04-05229 MJJ (EDL)

    v.　　　　　　　　　　　　　　　　NOTICE OF CONTINUANCE
　　　　　　　　　　　　　　　　　　　　　　OF SETTLEMENT CONFERENCE
MATSON NAVIGATION CO.

    Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for December 8, 2005 at 1:30 p.m. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California has been continued until April 19, 2006.

On or before April 10, 2006, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon other parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: October 21, 2005

                                                _____
                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge