Chambers Copy-Do Not File

1  ROBERT J. FINAN (SBN 49419)
   LAW OFFICE OF ROBERT J. FINAN
2  2913 Farragut Road
   San Diego, California 92106-6058
3  Telephone: (619) 223-5700
   Fax: (619) 223-4700
4
   Attorneys for Defendant,
5  MATSON NAVIGATION COMPANY, INC.

6  LYLE C. CAVIN, JR. (SBN 44958)
   ALFRED G. JOHNSON (SBN 38790)
7  LAW OFFICES OF LYLE C. CAVIN, JR.
   201 Fourth Street, Suite 102
8  Oakland, California 94607
   Telephone: 510-444-2501
9  Facsimile: 510-444-4209

10 Attorneys for Plaintiff
   LEIGHTON GANDY

E-filing

FILED
JAN 03 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHTON GANDY,<br><br>    Plaintiff,<br><br>vs.<br><br>MATSON NAVIGATION COMPANY, and DOES ONE through TEN Inclusive,<br><br>    Defendants. | Case No. C 04-05229 MJJ<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO CONTINUE TRIAL AND ASSOCIATED DATES (SECOND CONTINUANCE)**<br><br>**Trial Date: June 5, 2006** |

The parties to the above-entitled action, by and through their respective attorneys herein, hereby stipulate and respectfully request the Court to continue the trial of this cause and all associated dates herein for a period of about three (03) months.

1. RELIEF REQUESTED

The parties request that the trial date and all other associated dates, as more fully set forth hereinafter, be continued for about three months. Pursuant to Stipulation, the original trial date of January 23, 2006 was ordered continued to June 5, 2006, for several reasons, including the fact that

---
STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL AND OTHER DATES (SECOND CONTINUANCE) (Case No. C 04-05229 MJJ)

plaintiff's medical condition had not become stable.

## 2. REASONS FOR REQUEST

As explained in the attached Declaration of Robert J. Finan, in which plaintiff's attorney, Alfred Johnson expressly concurs, plaintiff's treating physician, Kenneth Nudleman, M.D., has recently re-examined plaintiff, who is still undergoing physical therapy three times a week, and has opined that a determination will be made on the occasion of the next exam, scheduled for January 15, 2006, as to whether plaintiff will be able to return to his usual and customary work as a seaman. He predicts that plaintiff will have to undergo vocational rehabilitation.

In light of this unresolved medical situation, the parties require more time to have plaintiff's condition and prognosis more fully assessed. It also introduces new issues of vocational training and rehabilitation, which will of course affect any economic calculations in this case. Following a final determination by plaintiff's treating physician, defendant will arrange to have him examined by a shoulder specialist of its choice.

The parties believe that the requested three-month extension of time will enable them to obtain a more accurate determination of vocational rehabilitation opportunities, potential damages, and enable them to proceed with an informed mediation.

## 3. DATES TO BE CONTINUED

In its Amended Pretrial Order, dated September 22, 2005, the Court set the following dates:

| | | |
|---|---|---|
| a. | Trial: | June 5, 2006 |
| b. | Pretrial Conference | May 23, 2006 |
| c. | Non-Expert Discovery Cutoff | February 24, 2006 |
| d. | Designation of Experts | February 24, 2006 |
| e. | Expert Reports | March 31, 2006 |
| f. | Supplemental Experts and Reports | April 21, 2006 |
| g. | Expert Discovery Cutoff | April 21, 2006 |
| h. | Completion of Mediation | February 17, 2006 |

In addition, a Settlement Conference was scheduled before U.S. Magistrate Judge Elizabeth D. Laporte for April 19, 2006, with Settlement Conference Statements due by April 10, 2006.

STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL AND OTHER DATES (SECOND CONTINUANCE) (Case No. C 04-05229 MJJ)

4. DISCOVERY TO DATE

The parties have been actively pursuing formal and informal discovery. Defendant has deposed the plaintiff, who was a seaman on the vessel in question, and recently also deposed the Second Mate, who was plaintiff's immediate supervisor at the time of the alleged accident. Plaintiff has deposed the vessel's master. As mentioned, defendant will arrange to have plaintiff examined by a shoulder specialist as soon as he is permanent and stationary, and may propound interrogatories to plaintiff as a follow-up to the depositions and medical reports. Plaintiff may also propound interrogatories to defendant.

Under all of these circumstances, and for the foregoing reasons and those stated in the attached declaration, the parties respectfully request that the Court enter an order continuing the various dates mentioned above for a period of about three (03) months.

Dated: Dec.23, 2005            _____/s/_____
                                Alfred G. Johnson
                                Attorney for Plaintiff Leighton Gandy

Dated: Dec. 23, 2005           _____/s/_____
                                Robert J. Finan
                                Attorney for Defendant Matson
                                Navigation Company, Inc.

ORDER

Good Cause Appearing Therefor, and upon the Stipulation of the Parties to this cause, IT IS HEREBY ORDERED that all of the specified dates, including the Settlement Conference, be continued for a period of about three months. The Clerk shall serve a Notice of the new dates and deadlines under separate cover.

Dated: 1/3/06

UNITED STATES DISTRICT JUDGE

---

STIPULATION AND PROPOSED ORDER TO CONTINUE TRIAL AND OTHER DATES (SECOND CONTINUANCE) (Case No. C 04-05229 MJJ)