ROBERT J. FINAN (SBN 49419)
LAW OFFICE OF ROBERT J. FINAN
2913 Farragut Road
San Diego, California 92106-6058
Telephone: (619) 223-5700
Fax: (619) 223-4700

Attorneys for Defendant,
MATSON NAVIGATION COMPANY, INC.

LYLE C. CAVIN, JR. (SBN 44958)
ALFRED G. JOHNSON (SBN 38790)
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff
LEIGHTON GANDY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHTON GANDY, | ) Case No. C 04-05229 MJJ |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND (PROPOSED)** |
| | ) **AMENDED PRETRIAL ORDER** |
| MATSON NAVIGATION COMPANY, | ) |
| and DOES ONE through TEN Inclusive, | ) |
| Defendants. | ) |

Pursuant to the Order of this Court, the parties to the above-entitled action, by and through their respective attorneys herein, hereby stipulate and respectfully request the Court to enter the following AMENDED PRETRIAL ORDER, setting new dates as follows:

| | |
|---|---|
| a. Trial: | September 11, 2006 |
| b. Pretrial Conference | August 22, 2006 |
| c. Non-Expert Discovery Cutoff | May 26, 2006 |
| d. Designation of Experts | May 26, 2006 |

---
1
STIPULATION AND (PROPOSED) AMENDED PRETRIAL ORDER (Case No. C 04-05229 MJJ)

| | | |
|---|---|---|
| e. Expert Reports | | June 30, 2006 |
| f. Supplemental Experts and Reports | | July 21, 2006 |
| g. Expert Discovery Cutoff | | July 21, 2006 |
| h. Completion of Mediation | | May 19, 2006 |

In addition, the Settlement Conference that was scheduled before U.S. Magistrate Judge Elizabeth D. Laporte for <u>April 19, 2006</u>, with Settlement Conference Statements due by <u>April 10, 2006</u> shall be continued by Magistrate Judge Laporte for a period of about three (03) months.

Dated: Feb. 9, 2006                    _____/s/_____
                                       Alfred G. Johnson
                                       Attorney for Plaintiff Leighton Gandy

Dated: Feb. 9, 2006                    _____/s/_____
                                       Robert J. Finan
                                       Attorney for Defendant Matson
                                       Navigation Company, Inc.

## ORDER

IT IS SO ORDERED.

Dated: February 10, 2006               _____
                                       UNITED STATES DISTRICT JUDGE

---

2

STIPULATION AND (PROPOSED) AMENDED PRETRIAL ORDER  (Case No. C 04-05229 MJJ)