```
ROBERT J. FINAN (SBN 49419)
LAW OFFICE OF ROBERT J. FINAN
2913 Farragut Road
San Diego, California 92106-6058
Telephone: (619)-223-5700
Fax: (619)-223-4700

Attorneys for Defendant,
MATSON NAVIGATION COMPANY, INC.

LYLE C. CAVIN, JR. (SBN 44958)
ALFRED G. JOHNSON (SBN 38790)
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff
LEIGHTON GANDY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEIGHTON GANDY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MATSON NAVIGATION COMPANY,<br>and DOES ONE through TEN Inclusive,<br><br>    Defendants. | Case No. C 04-05229 MJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br>and ORDER.<br>**Rule 41(a), FRCivP** |

    This cause having been fully compromised and settled,

    IT IS HEREBY STIPULATED AND AGREED, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, that the above-entitled action be discontinued and dismissed with prejudice, each party to bear his/its own costs herein.

///

///

1

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE (Case No. C 04-05229 MJJ)

|   |   |
|---|---|
| Dated: July 13, 2006 | _____/s/_____ <br> Robert J. Finan <br> Attorney for Defendant Matson <br> Navigation Company, Inc. |
| Dated: July 13, 2006 | _____/s/_____ <br> Alfred G. Johnson <br> Attorney for Plaintiff Leighton Gandy |

ORDER

IT IS SO ORDERED.

Dated: July __18__, 2006    _____
                              UNITED STATES DISTRICT JUDGE